# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF/RESPONDENT**

V.            **CASE NO. 2:20-CR-20017-005**

**ALBERTO LEDESMA,**
a/k/a **JUAN SOCORRO MACIEL-MARTINEZ,**
a/k/a **JUAN GONZALEZ,**
a/k/a **JUAN GONZALEZ-MARTINEZ,**
a/k/a **JUAN MACIEL,**
a/k/a **JUAN MARTINEZ-MACIEL**              **DEFENDANT/PETITIONER**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 740) filed in this case on October 24, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Defendant's Motion by a Person in Federal Custody to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 722), his Amended Motion (Doc. 725), and Motion for Judicial Notice (Doc. 728) are all **DENIED** and **DISMISSED WITH PREJUDICE**. Further, a request for a certificate of appealability should not issue for the reasons discussed in the Report and Recommendation, and if such request is made, it will be denied.

**IT IS SO ORDERED** on this 16th day of November, 2023.

           */s/ Timothy L. Brooks*
           TIMOTHY L. BROOKS
           UNITED STATES DISTRICT JUDGE